ORIGINAL

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re

THE JEAN TANAKA TRUST
JEANNIE TANAKA TRUST

Debtor in Possession

FILED
JUN 20 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
By            Deputy Clerk

ENTERED
JUN 21 2011
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY            Deputy Clerk

Case Number LA11-35577BR
Chapter 11

ORDER FOR FILING CHAPTER 11 PLAN
OF REORGANIZATION AND DISCLOSURE
STATEMENT AND ORDER SETTING
HEARING FOR APPROVAL OF
DISCLOSURE STATEMENT

DATE: SEPTEMBER 14, 2011
TIME: 10:00 A.M.
PLACE: COURTROOM 1668 16th FLR
255 E. TEMPLE STREET, LA, CA

The debtor in possession filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on JUNE 14, 2011. The Court, having reviewed the debtor in possession's petition and attached documents, (to the extent that any documents, including schedules were filed with the petition) concludes that it is proper to set a deadline for the time to file the Plan of Reorganization and Disclosure Statement.

THEREFORE, IT IS HEREBY ORDERED that the debtor in possession file a Plan of Reorganization and Disclosure Statement on or before AUGUST 22, 2011. The Court will review the Plan of Reorganization and Disclosure Statement to assure compliance with Sections 1123 and 1125(a)(1) of the Bankruptcy Code.

IT IS FURTHER ORDERED that on SEPTEMBER 14, 2011 at 10:00 A.M., in Courtroom 1668 of the above entitled Court, a hearing for the purpose of setting a hearing will be held for the approval of the Disclosure Statement. However, if a Plan of Reorganization and Disclosure Statement have not been timely filed, the Court may either dismiss or convert the case at that time.

Counsel for debtor in possession is to forthwith serve a copy

of this (<u>Order, Disclosure Statement and Chapter 11 plan</u>) on the United States Trustee, on all creditors' committees, and if there are no creditors' committees, then on the twenty largest unsecured creditors, and file a proof of service thereon with this Court at least two weeks prior to the above hearing date.

DATED: 6/21/11

BARRY RUSSELL
U.S. Bankruptcy Judge

rev. 9-20sf