FORM B104 (08/07)                                                          2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

**PLAINTIFFS** *IN RE THE CONSERVATORSHIP OF JEAN MIHO TANAKA*

**DEFENDANTS** *SUPERIOR COURT OF LOS ANGELES COUNTY LINDA COTTERMAN*

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
*ROBERT E. CANNY, ESQ.*
*5042 WILSHIRE BLVD. #1833*
*LOS ANGELES, CA 90036 (213)401-3896*

**ATTORNEYS** (If Known)
*SCOTT P. SCHOMER*
*8740 SEPULVEDA #107      (213)817-2950*
*L.A, CA 90045*

**PARTY** (Check One Box Only)
☑ Debtor     ☐ U.S. Trustee/Bankruptcy Admin
☐ Creditor   ☐ Other
☐ Trustee

**PARTY** (Check One Box Only)
☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin
☐ Creditor   ☐ Other
☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
*RECOVERY OF ESTATE PROPERTY*

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☑ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☑ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

RECEIVED
JUL 22 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☑ Check if this case involves a substantive issue of state law
☐ Check if this is asserted to be a class action under FRCP 23

☐ Check if a jury trial is demanded in complaint
Demand $

Other Relief Sought *REVOCATION OF ORDERS MADE IN VIOLATION OF 11 USC 362 AND NOTICE AND DUE PROCESS*

FORM B104 (08/07), page 2                                                                                    2007 USBC, Central District of California

## BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR | BANKRUPTCY CASE NO. |
|---|---|
| *In Re The Jean Tanaka Trust, Jean Tanaka Truste* | *2:11-bk-35577-BR* |

| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| *Central* | | *Russell* |

RELATED ADVERSARY PROCEEDING (IF ANY) *N/A*

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |

| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| | | |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| *7-22-11* | *Robert E. Canny* |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

1   **ROBERT E. CANNY, ESQ.  [SBN 060744]**
    **LAW OFFICES OF ROBERT E. CANNY**
2   **5042 Wilshire Boulevard, Suite 885**
    **Los Angeles, California 90036**
3   **Tel. (213) 401-3996 - Fax (213) 401-3998**
4
    **Attorney for Plaintiff JOSEPHINE LOWE**
5

```
┌─────────────────────────────┐
│          FILED              │
│                             │
│        JUL 22 2011          │
│                             │
│  CLERK U.S. BANKRUPTCY COURT│
│  CENTRAL DISTRICT OF CALIFORNIA│
│  BY:              Deputy Clerk│
└─────────────────────────────┘
```

6

7

8              THE UNITED STATES BANKRUPTCY COURT FOR

9                THE CENTRAL DISTRICT OF CALIFORNIA

10

11   **In re**                          )  **CHAPTER  11**
     **THE JEAN TANAKA TRUST, JEANNIE** )  **CASE NO. 2:11-bk-35577-BR**
12   **TANAKA TRUSTEE**                 )
                                        )  **NOTICE OF REMOVAL OF ENTIIRE**
13            **Debtor.**               )  **CASE PENDING IN STATE COURT**
                                        )  **TO BANKRUPTCY COURT (28 USC §**
14   _____        )  **1452)**
15

16                                         **CASE BEING REMOVED:**

17                                         **LOS ANGELES COUNTY**
                                           **CALIFORNIA SUPERIOR COURT**
18                                         **CASE NO.: BP 117240 IN RE THE**
                                           **CONSERVATORSHIP OF JEAN**
19                                         **MIHO TANAKA**

20

21       TO THE HONORABLE  UNITED STATES BANKRUPTCY COURT FOR

22   THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE HONORABLE SUPERIOR

23   COURT FOR THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA THE HON.

24   REVA GOETZ, JUDGE PRESIDING IN DEPARTMENT 9, AND TO THE CONSERVATEE

25

26   THEREIN JEAN TANAKA, AND TO THE OTHER LITIGANTS AND THEIR DISPUTED

27   CLAIMS AND TO THEIR ATTORNEYS OF RECORD.  PLEASE TAKE NOTICE THAT

28

DEBTOR HEREIN, HEREBY REMOVES THE ENTIRE CASE ENTITLED, IN RE THE

CONSERVATORSHIP OF JEAN MIHO TANAKA LASC C/N BP 117240.

TO THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA, PURSUANT TO 28 USC § 1452(A) AND FRBP 9027(A), AND HEREBY

GIVES NOTICE OF SUCH REMOVAL TO EACH OF THE FOLLOWING:

| | |
|---|---|
| Hon. Reva Goetz<br>Judge Presiding Dept. 9<br>Los Angeles County Superior Court<br>111 North Hill Street<br>Los Angeles, California 90012<br>Tel. (213) 974-1234 | Trial Judge |
| Robert E. Canny, Esq.<br>Law Offices of Robert E. Canny<br>5042 Wilshire Boulevard, Suite 885<br>Los Angeles, CA 90036<br>Tel. (213) 401-3996 – Fax (213) 401-3998 | Trial Co- Counsel for Petitioner Jeannie Tanaka Individually |
| Martin S. Reed, Esq.   [SBN 58096]<br>Anker, Reed, Hymes, Schreiber & Cohen<br>1901 Avenue of The Stars, 11th Floor<br>Century City, California 90049<br>Tel. (310) 286-7100 - Fax (310) 286-7120 | Trial Co- Counsel for Petitioner Jeannie Tanaka Individually |
| Tracey Hom, Esq. [SBN150891]<br>Law Office of Tracey Hom<br>10850 Wilshire Boulevard, Suite 3500<br>Los Angeles, California 90071-3149<br>Tel. (310) 551-1133 – Fax (310) 552- 7552 | Trial Co- Counsel for Petitioner Jeannie Tanaka Individually |
| Mary G. Creutz, Esq.  [SBN 025164]<br>Creutz, Creutz & Derrendinger<br>11661 San Vicente Blvd Ste 206<br>Los Angeles, CA 90049<br>Tel. (310) 826-3545 – Fax (310) 826-4735 | PVP Attorney for Conservatee Jean Tanaka |
| Margaret G. Lodise, Esq.<br>SACKS, GLAZIER, FRANKLIN & LODISE, LLP<br>350 South Grand Avenue, Suite 3500<br>Los Angeles, California 90071<br>Tel. (213) 617-2950– Fax (213) 617-9350 | Attorneys for Christine Tanaka and Wesley Tanaka |
| Scott P. Schomer, Esq.<br>Schomer Law, APC<br>8740 Sepulveda Boulevard, Suite 107<br>Los Angeles, California 90045<br>Tel. (310) 337-7696 – (310) 337-1277 | Attorney for Temporary Conservator `Linda Cotterman |

| Kathryn J. Black, Esq.    [SBN 160133]<br>Kathryn J. Black, Inc. APC<br>2550 Honolulu Avenue, Suite 104<br>Montrose, California 91020<br>Tel. (818) 541-0947 – Fax (818) 541-0987 | Attorney for Prior Temporary Conservator<br>Carol White |
| --- | --- |

REMOVAL OF THE ACTION IS BASED UPON THE FOLLOWING FACTS:

1.      The Conservatee, in the state court action being removed hereby, Jean Tanaka, is the sole

beneficiary of the Debtor Trust. The Conservatee is a widow and survives her deceased spouse

Togo W. Tanaka, a former member of the Federal Reserve Board of the United States.  The

Trustee of the Trust, Jeannie Tanaka, is the daughter of the Beneficiary/Conservatee and the sole

residual beneficiary of the trust if she survives the Conservatee.  She is also a licensed California

attorney and is employed as such by the California Department of Corporations. The Trustee and

the beneficiary/debtor were interned together during World War II In the Manzanar Internment

Camp for Japanese Americans and Japanese in Death Valley, California.

2.      The Trust qualifies as a business trust with a single income producing real property asset.

The original assets of the debtor's estate as of July, 2009,. consisted of in excess of $140,000.00

cash, personal property of estimated value in excess of $1,000,000.00 or more and residential

real property consisting of a single family residence located at 949 Malcolm Avenue, Los

Angeles, CA 90024.  The property is appraised at $2.2M to $3.0M+, which was and is

encumbered by a reverse mortgage of approximately $900,000.00 and a California State

Franchise Tax lien of about $1.4M, which the Franchise Tax Board had tentatively agreed to

reduce to less than $150,000.00. The approximate net value of the debtor's estate is reasonably in

excess of $1,000,000.00 and can produce income in the net amount of about $3,000.00 per

month.

3.      In July, 2009, the Superior Court of Los Angeles County in response to and in

cooperation with a malicious Petition filed by relatives Christine Tanaka and Wesley Tanaka,

1  with the assistance of a fraudulent and incompetent psychological evaluation, appointed a

2  Temporary Conservator of the person and estate of the sole beneficiary of the trust, thereby not

3  only declaring her incompetent but also thereby making the trust irrevocable in real and practical

4  terms.

5  4.      The trust by its terms *prohibits* the appointment of a successor trustee by anyone,

6  *including a court appointed conservator,* other then the beneficiary, Jean Tanaka. The

7  conservatee has been consistently isolated and abused by her said relatives, court appointed

8  attorney and the temporary conservators whose sole primary goal is to line their pockets with the

9  conservatee's assets. As a result the estate has been vandalized, wasted and looted by the

10  Temporary Conservators Carol Black and Linda Cotterman, by relatives Christine Tanaka and

11  Wesley Tanaka and members of their families, supported by their attorneys of record and with

12  the knowledge and consent of the Coservatee's court appointed counsel and of the Honorable

13  Superior Court of Los Angeles County.

14  5.      The Malcolm Avenue property was left vacant since about July, 2010, by virtue of the

15  unauthorized illegal relocation of the conservatee from her home and against her wishes and

16  those of the trustee of her estate. This endangered the estate on a bad housing market because

17  the reverse mortgage could be called due and payable under its terms with the conservatee

18  permanently removed from the property by the Temporary Conservators. The estate was further

19  endangered by the Temporary Conservators hiring incompetent and abusive health providers at

20  double the costs to the estate that was incurred prior to their appointments. Jean Tanaka has

21  suffered great physical harm and deterioration to her health at the hands of her court appointed

22  and/or approved caregivers.

23  6.      The estate was further endangered by the looting of the high value personal property of

24  the Beneficiary/Conservatee by the Temporary Conservators and said relatives of the

25  Conservatee and the dissipation of the monies in the estate and the vandalizing of the real

26  property at Malcolm Avenue, the failure to maintain it resulting in insect infestation, broken

27  cabinets and doors among other things, rendering the property literally uninhabitable for

28

residential tenants under California Landlord-Tenant law until the Trustee retook possession and renovated the property from her own funds.

7.      On April 11, 2011, the Jeannie Tanaka as Trustee and as an individual filed an action in the United States District Court for the Central District of California 2:11-cv- 03023, entitled JEANNIE TANAKA, Individually and as Trustee Of The JEAN MIHO TANAKA Trust, Plaintiff; vs. LINDA COTTERMAN, ALCIRA OPORTO, FOUNDERS HOMECARE, INC., MARSHAL ROSENBERG, CAROL WHITE, and Does 1-10, Defendants.  The Complaint seeks damages for "DEPRIVATION OF RIGHTS UNDER 42 USC 1983, FOR REPLEVIN, FOR PERSONAL INJURY, FOR FALSE ARREST, FOR FALSE IMPRISONMENT, FOR FINANCIAL ELDER ABUSE, PHYSICAL ELDER ABUSE, and has a DEMAND FOR JURY TRIAL.

This case was filed on  April 11, 2011, and is in the law and motion stage. It was recently reassigned to Hon. Manuel L. Real. The superior court was duly notified of this case and on the record took judicial notice of it within days of its filing.

8.      In May, 2011, the Trustee, who was excluded from the property during the residence by the Conservatee, and an unsuccessful attempted illegal lockout by the Temporary Conservators, retook possession of the property she had allowed the Temporary Conservators to use as a residence for the Beneficiary/Conservatee until her said unlawful relocation to a non-permitted, (bootleg) basement in the home of relative Christine Tanaka.  The Trustee then marshaled the remaining un-stolen assets and undertook, from her own pocket and expended more than $10,000.00, to effect the repairs necessary to make the property safe again, habitable and sufficiently pleasant to rent on a month to month basis for a net income of about $3,000.00 per month.  The reason for the month to month rental rather than for a longer term was to provide a haven for the Beneficiary/Conservatee should she ever have the chance to return to her home and what remains of her possessions.

9.      The refuge of the Bankruptcy Court was sought to stop the Superior Court approved despoiling and abuse of the debtor and to prevent further damage to the Malcolm Avenue real property and to obtain an income from that property for the estate to provide for the

Beneficiary/Conservatee's mounting expenses. It was also filed to stop the Superior Court from proceeding in willful violation of the 11 USC 362 automatic stay and further hearings disposing of the estate assets to the appointees and their counsel who were looting and/ or attempting to loot said estate.

10.    The bankruptcy petition herein was filed on June 14, 2011, towards the end of about 4 months of Superior Court hearings in which perjured evidence was accepted by the court and on that date the Los Angeles County Superior was duly notified of the filing.  On the preceding day the Superior Court, without notice and opportunity to be heard joined, or purported to join the trustee as a party to the probate conservatorship proceeding and attempted to order her removal as trustee and ordered a turnover of the Malcolm property to the persons who had been despoiling the property.  The court refused to hear evidence of the despoilment.

In effect the court sought in a swift move that was a complete denial of the Trustee's constitutional right to notice and an opportunity to be heard to usurp the jurisdiction of the Federal Court in civil case number  2:11-cv- 03023 pending the United States District Court for the Central District of California. The Superior Court has since elected to ignore the 11 USC 362 automatic stay and continued to conduct hearings in which tens of thousands of dollars in bogus claims by the Temporary Conservator Carol White and her attorney were presented to the Court. The Court appointed attorney for the Conservatee, a personal friend of the presiding judge, already claims entitlement to more than $100,000.00 for legal fees for her imaginary services and the prospective claim of Temporary Conservator Linda Cotterman, who, with approval of the presiding judge has refused to account for the location of missing jewelry and other property taken from the Malcolm residence, and her counsel can well be estimated and a multiple of six figures.

11.    The Action is not a proceeding before the United States Tax Court.

12.    The Action is not a civil action by a governmental unit to enforce its police or regulatory power.

13.    If, the undersigned is incorrect and the proceeding is "noncore": Debtor/Trustee Jeannie Tanaka does consent to entry of a final order in the Action by a bankruptcy judge.

14.    This Court has jurisdiction over the Action pursuant to 28 USC § 1334(b).

15.    Removal of the Action to this Court is proper pursuant to 28 USC § 1452(a) and FRBP 9027.

16.    Venue for the Action is proper in this Court under 28 USC § 1452(a), because this Court is the Bankruptcy Court located in the District where the non bankruptcy court and the Action was formerly pending was located.

17.    Attached hereto as Exhibit "1" is a true and correct copy of the register of action listing all pleadings including third party pleadings and motions filed in the Action prior to removal. The entire case file will be filed with the clerk on or before 30 days after the filing of this notice in accordance with local Rule 9027-1(d)(2) (A).

RESPECTFULLY SUBMITTED.

DATED: July 22, 2010                               LAW OFFICES OF ROBERT E. CANNY


By: _____
ROBERT E. CANNY, Attorney for Debtor


## VERIFICATION

I, JEANNIE TANAKA, the Trustee for the debtor herein and a party in the removed action declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 22nd day of July, 2011.


_____
JEANNIE TANAKA TRUSTEE OF THE
JEAN TANAKA TRUST

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:**

  I reside in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. The address and telephone number at which I can be reached are: 5042 Wilshire Boulevard, Suite 885; Los Angeles, California 90036; Tel. (213) 401-3996.

  On July 22, 2011, I served the foregoing document(s) described as **NOTICE OF REMOVAL OF ENTIIRE CASE PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)** on the interested parties in this action by personally mailing a true copy thereof to the interested parties.

### MASTER MAILING LIST

  Executed on July 22, 2011 at Los Angeles County, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_ROBERT E. CANNY_

### MASTER MAILING LIST

**Jeannie Tanaka, Trustee**
**P.O. Box 241256**
**Los Angeles, CA 90024**

**Robert E. Canny, Esq.**
**5042 Wilshire Blvd**
**Suite 885**
**Los Angeles CA 90036**

**Martin S, Reed, Esq.**
**1901 Avenue of the Stars,**
**11th Floor**
**Los Angeles, CA 90067**

**Tracy Hom, Esq.**
**1901 Avenue of the Stars,**
**11th Floor**
**Los Angeles, CA 90067**

NOTICE OF REMOVAL TO USBC

1

2

3      **United States Trustee**
       **725 S Figueroa St Ste 2600**
       **Los Angeles, CA 90017**

4

5      **Internal Revenue Service**
       **300 N Los Angeles, Street**
       **Los Angeles, CA  90012**

6

7      **Christine and Wesley Tanaka**
       **1912 Benetia  Ave**
       **Los Angeles, CA 90025**

8

9

10     **Mary G. Creutz, Esq.**
       **11661 San Vncente Blvd.**
       **Suite 206**

11     **Los Angeles, CA  90049**

12     **Linda Cotterman**
       **2126 Patricia Avenue**

13     **Los Angeles, CA  90025**

14

15     **Founders Homecare, Inc**
       **21822 Sherman Way, Suite 201**
       **Canoga Park, CA 91303**

16

17     **Marshall Rosenberg**
       **21822 Sherman Way, Ste 201**

18     **Canoga Park, CA 91303**

19

20     **Carol White**
       **578 Washington Blvd., #443**
       **Marina del Rey, CA 90292**

21

22     **Kathryn J. Black , Esq.**
       **2550 Honolulu Ave Ste 104**

23     **Montrose, CA 91020**

24

25

26

27

28

NOTICE OF REMOVAL TO USBC

# Case Summary AS OF 07-22-11

**Case Number:** BP117240
TANAKA, JEAN MIHO - CONSERVATORSHIP

**Filing Date:** 06/23/2009
**Case Type:** Conservatorship-Pers & Estate (General Jurisdiction)
**Status:** Pending

## Future Hearings

**07/25/2011** at 08:30 am in department 9 at 111 North Hill Street, Los Angeles,
CA 90012
ORDER TO SHOW CAUSE - PROBATE

**07/29/2011** at 01:30 pm in department 9 at 111 North Hill Street, Los Angeles,
CA 90012
FINAL ACCOUNT & FEES (THEN SUBMITTED)

**09/12/2011** at 08:30 am in department 9 at 111 North Hill Street, Los Angeles,
CA 90012
DETERMINE OWNERSHIP (PC 850)

Documents Filed | Proceeding Information

## Parties

AMERICAN CONTRACTORS INDEMNITY COMPANY - Surety Company

BLACK KATHRYN J. ESQ. - Attorney for Petitioner

CANNY ROBERT E. ESQ. - Attorney for Petitioner

CITIBANK - Real Party in Interest

COMMUNITY BANK - Real Party in Interest

COTTERMAN LINDA - Petitioner

CREUTZ MARY G. ATTORNEY AT LAW - PVP Attorney

HOM TRACEY P. - Attorney for Petitioner

LODISE MARGARET G. ESQ. - Attorney for Petitioner

REED MARTIN S. ESQ. - Attorney for Petitioner

SCHOMER SCOTT P. - Attorney for Petitioner

SIRKIN MINA N. ESQ. - Attorney for Petitioner

SUPERIOR COURT - Court

TANAKA CHRISTINE - Petitioner

TANAKA JEAN MIHO - Petitioner

TANAKA JEAN MIHO - Subject Person

TANAKA JEANNIE - Petitioner

TANAKA WESLEY - Petitioner

WHITE CAROL - Conservator

---

Case Information  |  Party Information  |  Proceeding Information

**Documents Filed** (Filing dates listed in descending order)

Click on any of the below link(s) to see documents filed on or before the date
indicated:
02/17/2011   08/10/2010   11/10/2009

**07/20/2011** Reply/Response (JEANNIE TANAKA TO STATMENT OF DECISION,
ETC. )
Filed by Attorney for Petitioner

**07/18/2011** Supplement (DECLARATION )
Filed by Attorney for Petitioner

**07/15/2011** Notice of Ruling
Filed by Attorney for Conservator

**06/23/2011** Order - Other (ORDER RE EX PARTE APPLICATION, ETC. )

**06/14/2011** Notice-Hearing Consorshp/Guardshp
Filed by Attorney for Petitioner

**06/13/2011** Affidavit of Prejudice--Peremptory
Filed by Attorney for Petitioner

**06/07/2011** Supplement
Filed by Attorney for Petitioner

**06/06/2011** Notice-Hearing Consorshp/Guardshp

Filed by Attorney for Petitioner

**06/02/2011** Declaration (SUPPORT OF EX PARTE-L. COTTERMAN )
Filed by Attorney for Petitioner

**06/02/2011** Declaration (IN SUPPORT OF EX PARTE-M. CRUETZ )
Filed by Attorney for Petitioner

**06/02/2011** Ex-Parte Application (FOR OSC RE CONTEMPT )
Filed by Attorney for Petitioner

**06/02/2011** Request for Judicial Notice (EX PARTE )
Filed by Attorney for Petitioner

**06/02/2011** Order (ORDER RE EXPARTE APPLICATION )
Filed by Court

**06/02/2011** Declaration (IN SUPPORT OF EX PARTE-S. SCHOMER )
Filed by Attorney for Petitioner

**05/25/2011** Determine Ownership (PC 850)

**04/25/2011** Proof of Service
Filed by Attorney for Petitioner

**04/15/2011** Objection Document
Filed by Objector

**04/12/2011** Order - Other (ORDER STRIKING STATEMETN OF
DISQUALIFICATION )
Filed by Clerk

**04/01/2011** Order - Other (ORDER RE EX PARTE APPLICATION FOR
MODIFICATION OF VISITATION ORDER, ETC. )
Filed by Attorney for Petitioner

**04/01/2011** Ex-Parte Application (FOR MODIFICATION, ETC. )
Filed by Attorney for Petitioner

**04/01/2011** Minute Order
Filed by Clerk

**03/18/2011** Order - Other (RE EX PARTE APPLICATION RE VISITATION ISSUES )
Filed by Attorney for Petitioner

**03/17/2011** Proof-Mailing/Court Invstgator Rpt
Filed by Court

**03/15/2011** Brief (EX PARTE BRIEF RE VISITATION ISSUES )

Filed by Attorney for Petitioner

**03/02/2011** Proof-Mailing/Court Invstgator Rpt
Filed by Court

**02/28/2011** Notice of Association of Attorneys
Filed by Attorney for Petitioner

**02/25/2011** Statement of Case (JOINT TRIAL STATEMENT )
Filed by Attorney for Petitioner

**02/25/2011** Report-PVP Attorney (SIXTH REPORT )
Filed by PVP Attorney

Click on any of the below link(s) to see documents filed on or before the date
indicated:
TOP   02/17/2011   08/10/2010   11/10/2009

**02/17/2011** Notice of Lodging
Filed by Attorney for Petitioner

**02/08/2011** Opposition Document
Filed by Attorney for Objector

**02/08/2011** Ex-Parte Application
Filed by Attorney for Petitioner

**01/10/2011** Opposition Document (CONSERVATOR LINDA COTTERMAN'S OPPO
SITION TO JEANNIE'S TANAKA'S MOTIO N RE VISITATION AND HEALTH STATUS
OF CONSERVATEE )
Filed by Objector

**01/10/2011** Report-PVP Attorney (FIFTH )
Filed by PVP Attorney

**01/06/2011** Notice-Hearing Consorshp/Guardshp
Filed by Attorney for Petitioner

**12/22/2010** Declaration - Probate (Tracey Hom in Support of Mo Re Visits &
Healthcare )
Filed by Attorney for Petitioner

**12/22/2010** MOTION - OTHER
Filed by Attorney for Petitioner

**12/17/2010** Final Account and Fees

**12/17/2010** Receipt(s)-Distributee (Carol White & Linda Cotterman )
Filed by Attorney for Petitioner

**12/10/2010** Notice-Filing
Filed by Attorney for Petitioner

**12/03/2010** Notice-Hearing Consorshp/Guardshp
Filed by Attorney for Petitioner

**12/02/2010** Order - Other (VISITATIONS )
Filed by Attorney for Conservator

**11/30/2010** Declaration (OF TRACEY HOM IN SUPPORT OF EX PAR TE FOR ORD
SHORTENING TIME TO HEAR MOTIONS RE VISITS & HEALTHCARE )
Filed by Attorney for Petitioner

**11/30/2010** Inventory & Appraisement-Final ($151,677.41 )
Filed by Attorney for Petitioner

**11/30/2010** Opposition Document (TO EX PARTE )
Filed by Attorney for Petitioner

**11/30/2010** Ex-Parte Application (FOR AN ORD SHORTENING TIME )
Filed by Attorney for Petitioner

**11/29/2010** Conservatorship - Other

**11/29/2010** Objection Document (OF JEANNIE TANAKA TO THE PROPOSED
COURT ORDER FROM SEPTEMBER 21, 2010 AND TO THE APPOINTMENT OF LINDA
COTTERMAN AS CONSERVATOR )
Filed by Attorney for Objector

**10/22/2010** Notice - Probate
Filed by Attorney for Petitioner

**10/19/2010** Objection Document
Filed by Attorney for Petitioner

**10/19/2010** Supplement (supplemental Status Report re: settlement agreement
)
Filed by Attorney for Petitioner

**09/28/2010** Brief (MANDATORY SETTLEMENT CONFERENCE BRIEF OF JEANNIE
TANAKA )
Filed by Attorney for Petitioner

**09/20/2010** Report-Status
Filed by Attorney for Petitioner

**09/20/2010** Stipulation
Filed by Attorney for Petitioner

**08/26/2010** Brief (TRIAL )

Filed by Attorney for Petitioner

**08/26/2010** List of Exhibits
Filed by Attorney for Petitioner

**08/25/2010** Order-Extending Temporary Letters
Filed by Attorney for Petitioner

**08/17/2010** Notice-Hearing Consorshp/Guardshp
Filed by Attorney for Petitioner

**08/13/2010** Request (EVIDENTIARY HEARING ON ISSUES )
Filed by Attorney for Petitioner

**08/13/2010** Objection Document
Filed by Attorney for Objector

**08/12/2010** Report-Status
Filed by Attorney for Conservator

**08/12/2010** Declaration - Probate
Filed by Attorney for Petitioner

**08/12/2010** Objection Document
Filed by Objector

**08/12/2010** Report-PVP Attorney
Filed by PVP Attorney

Click on any of the below link(s) to see documents filed on or before the date
indicated:
TOP   02/17/2011   08/10/2010   11/10/2009

**08/10/2010** Declaration (OF PVP ATTY MARY CRUETZ RE EX PARTE PETN OF
JEANNIE TANAKA FOR RETURN OF CONSERVATEE TO CONSERVATEE'S HOME )
Filed by PVP Attorney

**08/10/2010** Opposition Document
Filed by Respondent

**08/10/2010** Auth-Change Residence-Conservatee

**08/10/2010** Declaration (OF MARTIN S. REED IN SUP OF EX PAR TE
APPLICATION FOR OSC RE CONTEMPT AGAINST LINDA COTTERMAN, TEMP
CONSERVATOR OF THE PERSON & ESTATE OF JEAN TANAKA FOR HER WILLFUL
VIO LATION OF THE ORD APPT TEMP CONSER)
Filed by Attorney for Petitioner

**08/10/2010** Declaration (OF TRACEY HOM IN SUPPORT OF EX PARTE
APPLICATION FOR OSC RE: CONTEMPT AGAINST LINDA COTTERMAN, TEMPORARY
CONSERVATOR OF THE P & E OF JEAN TANAKA FOR HER WILLFUL VIOLATION OF

THE ORD APPT TEMP CON)
Filed by Attorney for Petitioner

**07/08/2010** Instructions

**07/08/2010** Declaration (OF TRACY HOM IN SUPPORT OF EX PART E APPL FOR AN ORD DIRECTING THE CO NSEE BE TAKEN TO DR. PRUDENTE FOR AN EVALUATION )
Filed by Attorney for Petitioner

**06/23/2010** Notice - Probate
Filed by Attorney for Petitioner

**06/14/2010** QBond-AMER. CONTRACTORS INDEMNITY (Bond upon qualifying - $100,000.00 )
Filed by Conservator

**06/14/2010** Ltr-Temp Conservator of P & E
Filed by Attorney for Petitioner

**05/27/2010** Order-Extending Temporary Letters
Filed by Attorney for Petitioner

**05/20/2010** Order-Extending Temporary Letters
Filed by Attorney for Petitioner

**05/20/2010** Stipulation (RE RESTRAINING ORDER )
Filed by Attorney for Petitioner

**05/20/2010** Consent-Guardian Nom/Waive Notice
Filed by PVP Attorney

**05/20/2010** Ord-Appt Temp Consor P & E-Bond
Filed by Attorney for Conservator

**05/20/2010** Order - Other (PURSUANT TO STIPULATION )
Filed by Attorney for Petitioner

**05/18/2010** Decl/Capacity-Conservatorship
Filed by Attorney for Conservator

**05/06/2010** Conservatorship Care Plan
Filed by Attorney for Petitioner

**04/29/2010** Report-PVP Attorney
Filed by PVP Attorney

**03/22/2010** Miscellaneous-Other (NOTICE OF NONAVAILABILITY )
Filed by Attorney for Petitioner

**03/11/2010** Supplement
Filed by Attorney for Petitioner

**03/10/2010** Response (Probate)
Filed by Attorney for Petitioner

**02/19/2010** Declaration - Probate (URGENCY )
Filed by Attorney for Petitioner

**02/19/2010** Order - Other (ORDER AFTER HEARING )
Filed by Attorney for Petitioner

**02/18/2010** Req for Order for TRO
Filed by Petitioner

**02/18/2010** Declaration - Probate (KATHYRN J. BLACK )
Filed by Attorney for Petitioner

**02/18/2010** Declaration - Probate (KATHRYN J. BLACK )
Filed by Attorney for Petitioner

**02/18/2010** Declaration - Probate (CAROL WHITE )
Filed by Attorney for Petitioner

**02/18/2010** Declaration - Probate (MARTIN S. REED )
Filed by Attorney for Petitioner

**02/18/2010** Declaration - Probate (CHRISTINE TANAKA )
Filed by Attorney for Petitioner

**02/09/2010** Supplement
Filed by Attorney for Petitioner

**02/02/2010** Substitution of Attorney
Filed by Attorney for Petitioner

**01/26/2010** Notice - Probate (OPENING OR CHANGING A GDNSHP OR
CONSVTRSHP ACCNT OR SAFE-DEPOSIT BOX )
Filed by Real Party in Interest

**01/04/2010** Notice - Probate (OPENING OR CHANGING A GDNSHP OR
CONSVTRSHP ACCT )
Filed by Real Party in Interest

**11/24/2009** QBond-AMER. CONTRACTORS INDEMNITY ($159,000.00 -
QUALIFYING )
Filed by Conservator

**11/24/2009** Ltr-Temp Conservator of P & E

Filed by Attorney for Conservator

**11/20/2009** Ord-Appt Temp Consor of Estate (BOND $159,000.00 )
Filed by Attorney for Petitioner

**11/20/2009** Order-Extending Temporary Letters
Filed by Petitioner

Click on any of the below link(s) to see documents filed on or before the date indicated:
TOP   02/17/2011   08/10/2010   11/10/2009

**11/10/2009** Reply/Response (TO OBJECTIONS OF JEANNIE TANAKA TO PROPOSED TEMPORARY ORDERS SUBMITTED BY CAROL WHITE )
Filed by Attorney for Petitioner

**11/10/2009** Objection Document
Filed by Attorney for Petitioner

**11/10/2009** Reply/Response
Filed by Attorney for Petitioner

**11/03/2009** Notice of Continuance
Filed by Attorney for Petitioner

**09/03/2009** Notice - Probate
Filed by Attorney for Petitioner

**08/31/2009** Notice-Change of Address
Filed by Attorney for Petitioner

**08/20/2009** Duties of Consor/Ack Rec-Handbook
Filed by Attorney for Conservator

**08/20/2009** Ltr-Temp Conservator of Person
Filed by Attorney for Conservator

**08/17/2009** Ord-Appt Temp Consor of Person (NO BOND )
Filed by Attorney for Petitioner

**08/11/2009** Citation-Consorship-Proof of Svc.
Filed by Attorney for Petitioner

**07/28/2009** Notice-Hearing Consorshp/Guardshp
Filed by Attorney for Petitioner

**07/24/2009** Report-PVP Attorney (SECOND REPORT )
Filed by PVP Attorney

**07/23/2009** Conservatorship of Person

**07/22/2009** Proof-Mailing/Court Invstgator Rpt
Filed by Court

**07/14/2009** Decl/Capacity-Conservatorship
Filed by Attorney for Petitioner

**07/07/2009** Notice - Probate
Filed by Attorney for Petitioner

**07/02/2009** Decl/Capacity-Conservatorship
Filed by Attorney for Petitioner

**06/30/2009** Report-PVP Attorney
Filed by PVP Attorney

**06/30/2009** Proof-Mailing/Court Invstgator Rpt
Filed by Court

**06/25/2009** Notice-Hearing Consorshp/Guardshp
Filed by Attorney for Petitioner

**06/25/2009** Ord-Appointing PVP Atty
Filed by Court

**06/24/2009** Appt. Temp Conservator of Person

**06/24/2009** Ord-Appt Court Investigator
Filed by Attorney for Petitioner

**06/23/2009** Conservatorship of Person & Estate

Click on any of the below link(s) to see documents filed on or before the date
indicated:
TOP   02/17/2011   08/10/2010   11/10/2009

---

Case Information | Party Information | Documents Filed

**Proceedings Held** (Proceeding dates listed in descending order)

Click on any of the below link(s) to see proceedings held on or before the date
indicated:
7/8/2010

**07/06/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
FINAL ACCOUNT & FEES - **Matter continued**

**06/15/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding

FINAL ACCOUNT & FEES - **Matter continued**

**06/13/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
FINAL ACCOUNT & FEES - **Matter continued**

**06/13/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
ORDER TO SHOW CAUSE - PROBATE (EVIDENTIARY HEARING) - **Matter
continued**

**05/09/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
FINAL ACCOUNT & FEES - **Matter continued**

**04/29/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Case Taken Under Submission**

**04/29/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
CONSERVATORSHIP - OTHER - **Case Taken Under Submission**

**04/29/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Court's ruling and order entered**

**04/29/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Court's ruling and order entered**

**04/29/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
CONSERVATORSHIP - OTHER - **Court's ruling and order entered**

**04/29/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Court's ruling and order entered**

**04/29/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Case Taken Under Submission**

**04/29/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Case Taken Under Submission**

**04/26/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**04/26/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
CONSERVATORSHIP - OTHER - **Matter continued**

**04/26/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**04/26/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Matter continued**

**04/13/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E (petnrs: Christine & WesleyTanaka) - **Matter**

**continued**

**04/13/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
CONSERVATORSHIP - OTHER - **Matter continued**

**04/13/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON (petnr: Jeannie Tanaka) - **Matter continued**

**04/13/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Matter continued**

**04/11/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
CONSERVATORSHIP - OTHER - **Matter continued**

**04/11/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Matter continued**

**04/11/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**04/11/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**03/25/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
FINAL ACCOUNT & FEES - **Matter continued**

**03/18/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Matter continued**

**03/18/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**03/18/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**03/18/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
CONSERVATORSHIP - OTHER - **Matter continued**

**03/15/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
CONSERVATORSHIP - OTHER - **Matter continued**

**03/15/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**03/15/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**03/15/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Matter continued**

**03/03/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**03/03/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Matter continued**

**03/03/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
CONSERVATORSHIP - OTHER - **Matter continued**

**03/03/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**02/28/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Matter continued**

**02/28/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**02/28/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**02/28/2011** at 01:30 pm in Department 9, Reva Goetz, Presiding
CONSERVATORSHIP - OTHER - **Matter continued**

**01/11/2011** at 08:30 am in Department 9, Reva Goetz, Presiding
MOTION - OTHER (NTC OF MO & MO TO ENFORCE COURTORD VISITATION & TO
MAKE FURTHERORD REGARDING CARE OF CONSEE; ETC.- OK TO SET FOR 01-11-
11 IN D-9) - **Granted**

**11/23/2010** at 08:30 am in Department 9, Reva Goetz, Presiding
ORDER TO SHOW CAUSE - PROBATE (MS. WHITE TO FILED AN ACCTG NLT11/1/10
AND SET FOR HRG.) - **Matter continued**

**10/19/2010** at 08:30 am in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Matter continued**

**10/19/2010** at 08:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**10/19/2010** at 08:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**09/21/2010** at 08:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**09/21/2010** at 08:30 am in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Matter continued**

**09/21/2010** at 08:30 am in Department 9, Reva Goetz, Presiding

APPT. CONSERVATOR OF P & E - **Matter continued**

**09/20/2010** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**09/20/2010** at 01:30 pm in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Matter continued**

**09/20/2010** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**08/26/2010** at 10:00 am in Department 9, Reva Goetz, Presiding
OSC re Contempt - **Case Dismissed/Disposed**

**08/26/2010** at 10:00 am in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Matter continued**

**08/26/2010** at 10:00 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**08/26/2010** at 10:00 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**08/13/2010** at 01:30 pm in Department 9, Reva Goetz, Presiding
AUTH-CHANGE RESIDENCE-CONSERVATEE - **Matter continued**

**08/13/2010** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E (OBJECTIONS FILED 8/12/10OBJECTOR: JEANNIE
TANAKAATTORNEY: MARTIN S. REED, ESQ.) - **Matter continued**

**08/13/2010** at 01:30 pm in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**08/13/2010** at 01:30 pm in Department 9, Reva Goetz, Presiding
OSC re Contempt (OPPOSITION FILED 8/10/10RESPONDENT: LINDA
COTTERMANATTORNEY: SCOTT P. SCHOMER) - **Matter continued**

**08/13/2010** at 01:30 pm in Department 9, Reva Goetz, Presiding
INSTRUCTIONS (EX PARTE APPL FOR AN ORD DIRECTINGCONSERVATEE BE TAKEN
TO DRPRUDENTE FOR EVALUATION) - **Off Calendar**

Click on any of the below link(s) to see proceedings held on or before the date
indicated:
TOP    7/8/2010

**07/08/2010** at 08:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON (jeannie tanaka) - **Matter continued**

**07/08/2010** at 08:30 am in Department 9, Reva Goetz, Presiding

APPT. CONSERVATOR OF P & E (christine/ wesley tanaka) - **Matter continued**

**05/20/2010** at 08:30 am in Department 9, Reva Goetz, Presiding
MOTION/APPL-TEMP RESTRAINING ORDER - **Off Calendar**

**05/20/2010** at 08:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**05/20/2010** at 08:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**04/29/2010** at 10:30 am in Department 9, Reva Goetz, Presiding
MOTION/APPL-TEMP RESTRAINING ORDER - **Matter continued**

**04/29/2010** at 10:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**04/29/2010** at 10:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**03/15/2010** at 10:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**03/15/2010** at 10:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**03/15/2010** at 10:30 am in Department 9, Reva Goetz, Presiding
MOTION/APPL-TEMP RESTRAINING ORDER (ELDER ABUSE) - **Matter continued**

**02/10/2010** at 10:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**02/10/2010** at 10:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**11/02/2009** at 10:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**11/02/2009** at 10:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**09/02/2009** at 10:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF PERSON - **Matter continued**

**07/27/2009** at 10:30 am in Department 9, Reva Goetz, Presiding
APPT. CONSERVATOR OF P & E - **Matter continued**

**07/27/2009** at 10:30 am in Department 9, Reva Goetz, Presiding
APPT. TEMP CONSERVATOR OF PERSON - **Granted**

**07/01/2009** at 10:30 am in Department 9, Reva Goetz, Presiding
APPT. TEMP CONSERVATOR OF PERSON - **Matter continued**

Click on any of the below link(s) to see proceedings held on or before the date
indicated:
TOP    7/8/2010