THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

Attorneys for Linda Cotterman as temporary Conservator of the Person and Estate of Jean M. Tanaka, Christine Tanaka, and Wesley Tanaka

Mary G. Creutz (State Bar No. 25614)
www.reginecc@aol.com
11661 San Vicente Blvd Ste 206
Los Angeles, CA 90049
Tel: (310) 826-3545
Fax: (310) 826-4735

Attorney for Jean M. Tanaka

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>The Jean Tanaka Trust, Jeannie Tanaka Trust,<br><br>Debtor. | **Case No. 2:11-bk-35577-BR**<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO F.R.B.P. 9011; DECLARATION OF SCOTT P. SCHOMER IN SUPPORT THEREOF**<br><br>**Hearing**<br>Date:    TBD<br>Time:    TBD<br>Judge:   Hon. Barry Russell<br>              Courtroom 1668<br>              255 East Temple Street<br>              Los Angeles, CA  90012 |

The Creditors' Law Group, a Professional Corporation
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND THE PARTIES ENTITLED TO NOTICE:

PLEASE TAKE NOTICE that at the time and place set by the court pursuant to the Application for Order Setting Hearing on Shortened Notice, filed concurrently herewith, Linda Cotterman as temporary Conservator of the Person and Estate of Jean Miho Tanaka, Christine Tanaka, and Wesley Tanaka, and Jean Miho Tanaka, by and through her counsel (together, the "Movants") shall appear before the Honorable Barry Russell for the United States Bankruptcy Court for the Central District of California in Courtroom 1668 of the Los Angeles Division courthouse, 255 East Temple Street, Los Angeles, CA 90012, and move this Court for an order awarding sanctions pursuant to F.R.B.P. 9011 in connection with their Motion to Dismiss the above captioned bankruptcy case ("Motion").

This Motion is made on the grounds that the purported debtor in this case, the erroneously named "The Jean Tanaka Trust, Jeannie Tanaka Trust," is a family trust that is not an eligible debtor under Section 109(a) of the Bankruptcy Code, and this case was filed in bad faith under Section 1112(b) of the Bankruptcy Code by Jeannie Tanaka, the individual who filed the voluntary chapter 11 petition on behalf of the Trust, because she did not have the requisite authority under state law or the terms of the Trust agreement to authorize the bankruptcy filing.

PLEASE TAKE FURTHER NOTICE that the Motion is based on the attached Memorandum of Points and Authorities and Declaration of Scott P. Schomer, the arguments of counsel, the record in this case, any oral or documentary evidence presented at or prior to the hearing on the Motion, and any other admissible evidence properly brought before the Court. In addition, the Debtor requests that the Court take judicial notice of all documents filed with the Court in this case.

DATED: July 27, 2011         /s/ Laura L. Buchanan_____
                             LAURA L. BUCHANAN
                             DAVID J. RICHARDSON
                             THE CREDITORS' LAW GROUP, APC
                             Attorneys for Linda Cotterman as temporary
                             Conservator of the Person and Estate of Jean Miho
                             Tanaka, Christine Tanaka, and Wesley Tanaka

1

_____
MARY G. CREUTZ
Attorney for Jean Miho Tanaka

The Creditors' Law Group, a Professional Corporation
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

# **MEMORANDUM OF POINTS AND AUTHORITIES**

## **I.**

## **INTRODUCTION**

As explained in detail in the Motion to Dismiss, in this case, the Trust is not a "business trust" that is eligible to be a debtor, Jeannie Tanaka was not authorized to file this case on behalf of the Trust because she had been removed as trustee the day before the Petition Date, and the case was filed in bad faith. Jeannie Tanaka's filing of a petition for the Trust with the aid of her counsel is a clear violation of FRBP 9011(b)(2) and (3). Movants placed Jeannie and her counsel on notice that they would seek sanctions for their fees and expenses incurred in dismissing this improper case if they did not take action to voluntarily have the case dismissed. Rather than correct their bad faith filing, Jeannie and her counsel have attempted to remove the entire State Court Action to this Court, yet have failed to take the most basic actions required of any debtor, by failing to complete schedules or appear at the 341 meeting. Accordingly, the Movants seek sanctions allowed by applicable law.

## **II.**

## **STATEMENT OF FACTS**

On June 14, 2011 (the "Petition Date"), Jeannie Tanaka filed a petition for relief for the Trust as the debtor in this case under chapter 11 of the Bankruptcy Code in this Court, erroneously naming the Debtor as "The Jean Tanaka Trust, Jeannie Tanaka Trust."

The Conservatee is the mother of Jeannie Tanaka ("Jeannie") as well as Christine Tanaka ("Christine") and Wesley Tanaka ("Wesley"), who are two of the Movants.

This Motion is being filed concurrently with the Movant's "Motion to Dismiss Chapter 11 Case" ("Motion to Dismiss").

A detailed discussion of the facts in this matter is contained in the Motion to Dismiss and is incorporated herein in full by this reference. The Movants request that the Court take judicial notice of the Motion to Dismiss, the declarations in support thereof, and the record in this case for this Motion. Capitalized terms that are not defined herein are defined in the Motion to Dismiss.

This case was filed by Jeannie without the authority to do so. One day prior to the petition date, the California Superior Court suspended Jeannie as Trustee of the Trust. Immediately after the

3

Case 2:11-bk-35577-BR    Doc 15    Filed 07/28/11    Entered 07/28/11 15:43:36    Desc
Main Document    Page 5 of 10

improper filing of this case, the Conservator's counsel sent a letter to Jeannie's counsel advising of the wrongfulness of this filing, because (among other things): (i) Jeannie had been removed as trustee and was therefore unauthorized to place the Trust into chapter 11, and (ii) the Trust is not eligible to be a debtor because it is not a business trust, and further informing counsel that the Conservator would seek sanctions if the Conservator were required to take action to have this case dismissed. Attached to the Declaration of Scott P. Schomer is a true and correct copy of Mr. Schomer's letter to counsel dated June 15, 2011. Rather than abide by applicable California law and federal bankruptcy law, Jeannie filed a Notice of Removal (which is Exhibit E to the Motion to Dismiss) on July 22, 2011, to bring the entire Conservatorship Proceeding into this Court, despite having failed to file schedules in support of the petition, and despite failing to appear at the 341 meeting. This case was filed in bad faith, and sanctions are appropriate.

## II.

## ARGUMENT

Federal Rule of Bankruptcy Procedure 9011(c) provides that sanctions may be initiated by motion where there are violations of any of the Representations to the Court listed in part (b), which include:

> (b) Representations to the court. By presenting to the court (whether by signing, filing, submitting, or later advocating) a petition, pleading, written motion, or other paper, an attorney or unrepresented party is certifying that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances,--
> (1) it is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation;
> (2) the claims, defenses, and other legal contentions therein are warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law;
> (3) the allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery; and
> (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on a lack of information or belief.

4

See also 11 U.S.C. 105(a); In re Smith, 257 B.R. 344, 353 (Bankr. N.D. Ala. 2001) ("Section 105(a) provides the Court with the power to protect the integrity of the bankruptcy system and to impose appropriate remedies for failure to make a reasonable inquiry under the appropriate circumstances such as involved in this case."); In re Sanford, 403 B.R. 831, 843 (Bankr. D. Nev. 2009) ("Bankruptcy courts have the inherent power to sanction attorneys for egregious behavior that exceeds the scope of FED. R. BANKR. P. 9011."); In re Smith, 257 B.R. 344, 352 (Bankr. N.D. Ala. 2001) ("Courts have also imposed Rule 9011 sanctions where the bankruptcy filing is motivated by the desire to delay a creditor from enforcing its rights in another court."); In re Moix-McNutt, 220 B.R. 631, 637 (Bankr. E.D. Ark. 1998) (Debtor's attorneys "violated Bankruptcy Rule 9011 when they filed the subject bankruptcy petition under the provisions of chapter 13 with full knowledge that the Debtor is ineligible for such relief because of the debt limitations of section 109(e). They also violate Rule 9011 when they deliberately omitted a significant creditor from the schedules to conceal the Debtor's lack of eligibility for relief under chapter 13.").

In this case, the Trust is not a "business trust," Jeannie was not authorized to file this case on behalf of the Trust because she had been removed as trustee the day before the Petition Date, and the case was filed in bad faith, as explained in detail in the Motion to Dismiss. Jeannie Tanaka's filing of a petition for the Trust with the aid of her counsel is a clear violation of FRBP 9011(b)(2) and (3).

Movants placed Jeannie and her counsel on notice that they would seek sanctions for their fees and expenses incurred in dismissing this improper case if they did not take action to voluntarily have the case dismissed. Rather than correct their bad faith filing, Jeannie and her counsel have attempted to remove the entire State Court Action to this Court, yet have failed to take the most basic actions required of any debtor, by failing to complete schedules or appear at the 341 meeting.

*/ / /*
*/ / /*
*/ / /*
*/ / /*
*/ / /*

5

# III.
# CONCLUSION

Based on the foregoing, the Movants respectfully request that the Court award reasonable expenses and attorney's fees incurred in presenting the Motion to Dismiss filed concurrently herewith.

DATED: July 28, 2011

/s/ Laura L. Buchanana
LAURA L. BUCHANAN
DAVID J. RICHARDSON
THE CREDITORS' LAW GROUP, APC
Attorneys for Linda Cotterman as temporary Conservator of the Person and Estate of Jean Miho Tanaka, Christine Tanaka, and Wesley Tanaka

MARY G. CREUTZ
Attorney for Jean Miho Tanaka

## DECLARATION OF SCOTT P. SCHOMER

I, Scott P. Schomer, declare as follows:

1. I am an attorney and principal of Schomer Law, a Professional Corporation. I have personal knowledge of the following, and if called as a witness, could and would competently testify thereto.

2. This declaration is being submitted in support of the *Motion for Sanctions Pursuant to F.R.B.P. 9011* (the "Motion"), with which this declaration is being filed.

3. Attached hereto is a true and correct copy of my letter to counsel to Jeannie Tanaka that was mailed to him on June 15, 2011.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on July 28, 2011, at Los Angeles, California.

_____
Scott P. Schomer

7

| In re:<br>The Jean Tanaka Trust, Jeannie Tanaka Trust | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:11-bk-35577-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
   The Creditors' Law Group, APC
   2301 Hyperion Avenue, Ste. A
   Los Angeles, CA  90027-4711

A true and correct copy of the foregoing document described as NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO F.R.B.P 9011; DECLARATION OF SCOTT P. SCHOMER IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 28, 2011 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On    July 28, 2011         , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   United States Trustee (LA) (Fedex)
   725 S. Figueora St., 26th Floor
   Los Angeles, CA  90017-5524

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  July 28, 2011   , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

   Honorable Barry Russell (Personal delivery)
   United States Bankruptcy Court
   255 East Temple Street, Suite 1660
   Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 28, 2011 | Laura L. Buchanan | /s/ *Laura L. Buchanan* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                            **F 9013-3.1.PROOF.SERVICE**

| In re:<br>The Jean Tanaka Trust, Jeannie Tanaka Trust        Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 2:11-bk-35577-BR |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

**II. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –

    Alvin Mar                alvin.mar@usdoj.gov
    Ron Maroko             ron.maroko@usdoj.gov
    United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**

Counsel to Jeannie Tanaka and Debtor
Robert E Canny – Personal delivery
5042 Wilshire Blvd.
Los Angeles, CA 90036

Counsel to Conservatee, Jean Tanaka
Mary G. Creutz – Email
reginecc@aol.com

Counsel to Conservator, Linda Cotterman
Scott P. Schomer – Email
scott@schomerlaw.com

Counsel to Christine and Wesley Tanaka
Margaret G. Lodise – Email
mlodise@trustlitigation.la

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                **F 9013-3.1.PROOF.SERVICE**