MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone: (310) 271-6223
Facsimile: (310) 271-9805
michael.berger@bankruptcypower.com

Attorney for Jeannie Tanaka

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES VALLEY DIVISION

In re

THE JEAN TANAKA TRUST, JEANNIE TANAKA TRUST.

Debtor.

CASE NO.: 2:11-bk-35577-BR

Chapter 11

DECLARATION OF JEANNIE TANAKA

DECLARATION OF JEANNIE TANAKA

trust, that I am still and still am the Trustee to the Tanaka Trust and that the bankruptcy court would give me the opportunity to have my case heard in a fair and proper venue. I decided to file the Tanaka Trust based on those recommendations by Mr. Canny and the fact that I wanted to protect my mother and her remaining assets from her creditors, the temporary conservators, and against my siblings.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on September 20, 2011 at Los Angeles, California

_Jeannie Tanaka_
Jeannie Tanaka