PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, Trial Attorney, State Bar No. 124770
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4520 telephone; (213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov

**FILED & ENTERED**

**SEP 27 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY FORTIER DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>The Jean Tanaka Trust,<br><br>        Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:11-bk-35577-BR<br>Chapter 11<br><br>ORDER DISMISSING CASE; ANULLING STAY RETROACTIVE TO DATE OF FILING; JUDGMENT FOR QUARTERLY FEES; RESERVATION OF JURISDICTION<br><br>Date: September 14, 2011<br>Time: 10:00 am<br>Ctrm: 1668 |

The United States Trustee's Motion to Convert or Dismiss this case under § 1112(b) and the Court's scheduling conference came on for hearing on the above date and time. Appearances were made as reflected on the record. The Court having considered the record herein, and having made findings on the record, including that Debtor was a non-business trust not eligible to be a debtor under title 11, and for good cause appearing,

IT IS HEREBY ORDERED that this case be and hereby is DISMISSED pursuant to section 1112(b).

IT IS FURTHER ORDERED that the stay is annulled retroactively to the date of filing, June 14, 2011 (and more specifically that there was no stay in effect as to California Superior Court proceedings).

IT IS FURTHER ORDERED that the United States Trustee is granted a judgment in the amount of $650.00 for quarterly fees due upon dismissal and related to this case (2nd and 3rd quarter, 2011).

/ / /

IT IS FURTHER ORDERED that the Court reserves jurisdiction to hear the motion for sanctions brought by the Creditors' Law Group, a Professional Corporation, on behalf of its clients, currently calendared for October 4, 2011, and any motions or actions brought by the United States Trustee or a party-in-interest under 11 U.S.C. § 329.

# # #

DATED: September 27, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described as: ORDER DISMISSING CASE; ANULLING STAY RETROACTIVE TO DATE OF FILING; JUDGMENT FOR QUARTERLY FEES; RESERVATION OF JURISDICTION

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.**　　**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒　　Service information continued on attached page

**II.**　　**SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____**September 15, 2011**_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒　　Service information continued on attached page

**III.**　　**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on___**September 15, 2011**_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.  **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒　　Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/15/11 | Lawrence Pleasant | /s/ Lawrence Pleasant |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*　　　　　　　　　　　　　　　　　　　　**F.9013-3.1.PROOF.OF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

II.    **SERVED BY U.S. MAIL:**

**Debtor:**
The Jean Tanaka Trust,
Jeannie Tanaka Trust
PO Box 241256
Los Angeles, CA 90024

**Debtor's Counsel:**
Robert E Canny, Esq.
5042 Wilshire Blvd Ste 885
Los Angeles, CA 90036

**Others:**
Laura Buchanan, Esq.
The Creditors' Law Group, APC
2301 Hyperion Ave., Ste A
Los Angeles, CA 90027

Georgeann Nichol, Esq.
Law Ofc Michael Jay Berger
9454 Wilshire Blvd 6FL
Beverly Hills, CA 90212-2929

III.    **SERVED BY PERSONAL DELIVERY:**

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1660
Los Angeles, CA 90012-3332

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F.9013-3.1.PROOF.OF.SERVICE**

**NOTE TO USERS OF THIS FORM**:

**1)**    Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**    The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**    **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**    **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):  ORDER DISMISSING CASE; ANULLING STAY RETROACTIVE TO DATE OF FILING; JUDGMENT FOR QUARTERLY FEES; RESERVATION OF JURISDICTION

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:


**I.**    <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("**NEF**")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ____**9/15/11**____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Laura L Buchanan    llb@thecreditorslawgroup.com
Alvin Mar    alvin.mar@usdoj.gov
Ron Maroko    ron.maroko@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II.**    <u>**SERVED BY THE COURT VIA U.S. MAIL:**</u> A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor:**
The Jean Tanaka Trust,
Jeannie Tanaka Trust
PO Box 241256
Los Angeles, CA 90024

**Debtor's Counsel:**
Robert E Canny, Esq.
5042 Wilshire Blvd Ste 885
Los Angeles, CA 90036

**III.**    <u>**TO BE SERVED BY THE LODGING PARTY**</u>: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**Not Applicable**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**